UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LUPE C. HERNANDEZ, | No. 08-17511 |
| Plaintiff - Appellant, | D.C. No. CV-07-00828-GMS<br>District of Arizona,<br>Phoenix |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of<br>Social Security Administration, | ORDER |
| Defendant - Appellee. | |

Before: GRABER and McKEOWN, Circuit Judges.

The memorandum disposition filed May 28, 2010, is amended as follows:

Page 1, lines 1-2, delete the first sentence and replace with <Plaintiff Lupe

C. Hernandez appeals from the district court's order remanding her claim for

disability benefits to the administrative law judge ("ALJ").>

Page 3, line 4: change <administrative law judge ("ALJ")> to <ALJ>.